# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| HEALIX, INC., *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-3706 |
| | § | |
| JOHNSON & JOHNSON, *et al.*, | § | |
|     Defendants. | § | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between Plaintiffs and Defendants, the Court dismisses this case without prejudice to reinstatement of Plaintiffs' claims, if any party represents to the Court on or before **March 16, 2009,** that the settlement could not be completely documented.

SIGNED at Houston, Texas, this 18th day of **February, 2009.**

_____
Nancy F. Atlas
United States District Judge