IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HEALIX, INC. AND HEALIX INFUSION THERAPY, INC., <br>     Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON AND DEPUY MITEK, <br>     Defendants. | § § § § § § § § § § | CIVIL ACTION NO. 4:08-CV-3706 <br><br> JURY DEMANDED |

## ORDER

In accordance with Plaintiffs Healix, Inc. and Healix Infusion Therapy, Inc.'s Motion to Dismiss filed on February 19, 2009, it is hereby ORDERED that the case against Defendant DePuy Mitek is DISMISSED WITH PREJUDICE.

Signed on this 23rd day of February, 2009, in Houston, Texas.

_____
Nancy F. Atlas
United States District Judge